

## NUMBER 13-18-00126-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

KING BOB STILL,                                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                                      Appellee.

## On appeal from the 36th District Court
## of San Patricio County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Hinojosa

Appellant, King Bob Still, attempts to appeal from a pretrial order of competency.

We dismiss for want of jurisdiction.

The record in the case reveals that, on February 8, 2018, a jury found appellant

competent to stand trial.  On March 1, 2018, appellant filed a notice of appeal from the

jury's finding of competence.

On March 6, 2018, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not a final appealable order, and requested correction of this defect within ten days or the appeal would be dismissed. Appellant has failed to respond to the Court's directive.

A pretrial judgment of competency to stand trial in a criminal case is not a final judgment and is not reviewable by appeal until after a full trial on the merits of the charged offense. *Jackson v. State*, 548 S.W.2d 685, 689-90 (Tex. Crim. App. 1977); *Lowe v. State*, 999 S.W.2d 537, 537 (Tex. App.--Houston [14th Dist.] 1999, no pet.).

Our review of the documents before the Court shows that appellant's case is still pending in the trial court and it does not reveal any appealable orders entered by the trial court within thirty days before the filing of appellant's notice of appeal. Moreover, the notice of appeal cannot be construed as premature because it was filed before the trial court has made a finding of guilt or has received a jury verdict. *See* TEX. R. APP. P. 27.1(b).

The Court, having examined and fully considered the notice of appeal and documents before the Court, is of the opinion that there is not an appealable order and this Court lacks jurisdiction over the matters herein. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

LETICIA HINOJOSA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of April, 2018.

2